UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD CHILD GARNER, JR, | § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-270 |
| | § | |
| NATHANIEL QUARTERMAN, | § § | |
| Respondent. | § § | |

## **FINAL JUDGMENT**

In accordance with the Court's Order Adopting Memorandum and Recommendation to Grant Respondent's Motion to Dismiss as a Successive Petition, the Court renders final judgment dismissing petitioner's application for a writ of habeas corpus.

SIGNED and ORDERED this 30th day of November, 2007.

_____
Janis Graham Jack
United States District Judge